# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PATRICIA ADKISSON, | |
| Plaintiff, | Case No. 2:13-cv-02173-JAD-NJK |
| vs. | ORDER |
| METROPOLITAN GROUP PROPERTY AND CASUALTY INSURANCE COMPANY, | |
| Defendant. | |

Pending before the Court is the Parties' Proposed Discovery Plan and Scheduling Order (Docket No. 16). The Parties request a discovery period in excess of 180 days, but provide no reasons in support of their request. *See id.* at 1. Pursuant to Local Rule 26(1)(d), "if longer discovery deadlines are sought, [p]lans ... requesting special scheduling review shall include, in addition to the information required by Fed. R. Civ. P. 26(f) and LR 26-1(e), a statement of the reasons why longer or different time periods should apply to the case[.]" The Court hereby **ORDERS** the Parties and counsel to file a proposed Discovery Plan and Scheduling Order in compliance with Local Rule 26(1)(d), no later than April 29, 2014.[1]

IT IS SO ORDERED.

DATED: April 22, 2014.

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] The Court also notes that the Parties twice refer to "FRCP 26(h)" a provision which does not exist. *See* Docket No. 16, at 2. Inaccurate citations should be removed from any future submissions to the Court.