JOHN T. KEATING
Nevada Bar No.: 6373
PRINCE | KEATING
9130 West Russell Road, Suite 200
Las Vegas, Nevada 89148
Telephone: (702) 228-6800
Facsimile: (702) 228-0443
jkeating@princekeating.com
Attorney for Defendant
*Metropolitan Group Property and Casualty Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PATRICIA ADKISSON,<br><br>  Plaintiff,<br><br>vs.<br><br>METROPOLITAN GROUP PROPERTY & CASUALTY INSURANCE COMPANY; DOES I through X, inclusive and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>  Defendants. | CASE NO.:   2:13-cv-02173-JAD-NJK<br><br><u>STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE</u><br><br>ECF No. 23 |

IT IS HEREBY STIPULATED by and between Plaintiff PATRICIA ADKISSION and Defendant METROPOLITAN GROUP PROPERTY & CASUALTY INSURANCE COMPANY, by and through their respective counsel, that Plaintiff PATRICIA ADKISSON's action against Defendant METROPOLITAN

PRINCE | KEATING
ATTORNEYS
9130 W RUSSELL RD.
SUITE 200
LAS VEGAS, NEVADA 89148
PHONE: (702) 228-6800

1

1 | GROU PROPERTY & CASUALTY INSURANCE COMPANY and all claims shall be, and are hereby,
2 | dismissed with prejudice, each party to bear their own costs and attorney's fees.
3 | DATED this 28 day of ~~March~~ June, ~~2015~~ 2016.    DATED this 18 day of ~~March~~ May, 2015.

5 | PRINCE | KEATING                        LADAH LAW FIRM

8 | JOHN T. KEATING, ESQ.                   RAMZY PAUL LADAH, ESQ.
9 | Nevada Bar No. 6373                     Nevada Bar No.: 11405
9130 W. Russell Road, Ste. 200             517 S. Third Street
10 | Las Vegas NV 89148                     Las Vegas, Nevada 89101
Attorney for Defendant                     Attorney for Plaintiff
11 | *Metropolitan Group Property & Casualty*   *Patricia Adkisson*
12 | *Insurance Company*

## ORDER

IT IS SO ORDERED that Plaintiff PATRICIA ADKISSON's action against Defendant METROPOLITAN GROUP PROPERTY & CASUALTY INSURANCE COMPANY and all claims shall be, and are hereby, dismissed with prejudice, each party to bear their own costs and attorney's fees.

DATED this 29th day of June, 2016.

_____
U.S. DISTRICT COURT JUDGE

PRINCE | KEATING
ATTORNEYS
9130 W. RUSSELL RD.
SUITE 200
LAS VEGAS, NEVADA 89148
PHONE: (702) 228-6800

2